# Exhibit A




**Service of Process Transmittal**
05/19/2020
CT Log Number 537687758

**TO:** Michael Johnson, Legal Assistant
The Hartford
1 Hartford Plz, HO-1-09
Hartford, CT 06155-0001

**RE:** **Process Served in New Jersey**

**FOR:** Hartford Insurance Company of the Midwest (Domestic State: IN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Francis J. DeVito, Esquire, Pltf. vs. Hartford Insurance Company of the Midwest, Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # BERL00263620 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company, West Trenton, NJ |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 05/19/2020 postmarked on 05/18/2020 |
| **JURISDICTION SERVED :** | New Jersey |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/20/2020, Expected Purge Date: 05/25/2020<br>Image SOP<br>Email Notification, Michael Johnson MICHAEL.JOHNSON@THEHARTFORD.COM<br>Email Notification, Fiona Rosenberg Fiona.Rosenberg@thehartford.com |
| **SIGNED:**<br>**ADDRESS:** | The Corporation Trust Company<br>155 Federal St Ste 700<br>Boston, MA 02110-1727 |
| **For Questions:** | 800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

STATE OF NEW JERSEY
DEPARTMENT OF BANKING AND INSURANCE
PO BOX 325
TRENTON, NJ 08625-0325

CERTIFIED MAIL

7018 2290 0001 8184 1037




RETURN RECEIPT
REQUESTED

Corporation Trust Company
Hartford Insurance Company of the Midwest
820 Bear Tavern Road
Ewing, NJ 08628



**State of New Jersey**
Department of Banking and Insurance
Office of the Commissioner
PO Box 325
Trenton, NJ 08625-0325

Tel (609) 633-7667

Phil Murphy
*Governor*

Sheila Oliver
*Lt. Governor*

Marlene Caride
*Commissioner*

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

5/11/2020

Attention:
CORPORATION TRUST COMPANY
HARTFORD INSURANCE COMPANY OF THE MIDWEST
820 BEAR TAVERN ROAD
WEST TRENTON, NJ 08628

RE: Francis J. DeVito, Esq. v. Hartford Insurance Company of the Midwest, et al.
Superior Court of New Jersey, Bergen County Law Division
Docket No.: BER-L002636-20

Dear Sir/Madam:

You are hereby notified that on this date the Commissioner of the New Jersey Department of Banking and Insurance has accepted original service of process on your behalf in the above-captioned matter. The documents served are enclosed herein.

By copy of this letter I am advising the attorney for the Plaintiff(s) in this matter that these documents have been transmitted to you, and confirming that the Commissioner of Banking and Insurance is not authorized to receive service of any further documents in this action.

Very Truly Yours,

Debra A. Mullen
Administrative Assistant

C: Francis J. DeVito, P.A.
260 Moonachie Road
Suite 305
Moonachie, NJ 07074

**FRANCIS J. DeVITO, P.A.**
**250 Moonachie Road**
**Suite 305**
**Moonachie, New Jersey 07074**
**(201) 487-7575**
**I.D.#244461968**

---------------------------------------------x

**Francis J. DeVito, Esquire,**

**Plaintiff(s),**

**v.**

**Hartford Insurance Company of the Midwest,**

**Defendant(s),**

---------------------------------------------x

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION: BERGEN COUNTY**
**DOCKET NO.: BER-L-002636-20**

**CIVIL ACTION**

***SUMMONS***

**FROM THE STATE OF NEW JERSEY**
**TO THE DEFENDANT(S) NAMED ABOVE:** ***HARTFORD INSURANCE COMPANY OF THE MIDWEST***

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this Summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided). If the Complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625. A filing fee **of $175.00** payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights;

you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: May 7, 2020

*Michelle M. Smith*
Michelle M. Smith, Clerk of the Superior Court

Name of defendant(s) to be served:

**Hartford Insurance Company of the Midwest**
**c/o New Jersey Department of Banking and Insurance**
**20 West State Street**
**Trenton, New Jersey 08625-0325**

ATLANTIC COUNTY:
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd. First Fl.
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

BERGEN COUNTY:
Deputy Clerk of the Superior Court
Case Processing Section, Room 119
Justice Center, 10 Main St.
Hackensack, NJ 07601-0769
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

BURLINGTON COUNTY:
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First F., Courts Facility
49 Rancocas Rd.
Mt. Holly. NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

CAMDEN COUNTY:
Deputy Clerk of the Superior Court
Civil Processing Office
1st Fl., Hall of Records
101 S. Fifth St.
Camden, NJ 08103
LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

CAPE MAY COUNTY:
Deputy Clerk of the Superior Court
Central Processing Office
9 N. Main Street
Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

CUMBERLAND COUNTY:
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

ESSEX COUNTY:
Deputy Clerk of the Superior Court
237 Hall of Records
465 Dr. Martin Luther King, Jr. Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(973) 622-7753
LEGAL SERVICES
(973) 624-4500

GLOUCESTER COUNTY:
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl., Court House
I North Broad Street., P.O. Box 129
Woodbury, NJ 08096
LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

HUDSON COUNTY:
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House - 1st Floor
583 Newark Ave.,
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

HUNTERDON COUNTY:
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08862
LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

MERCER COUNTY:
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 South Broad St., P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

MIDDLESEX COUNTY:
Deputy Clerk of the Superior Court
Administration Building
Third Floor
1 Kennedy Sq., P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

MONMOUTH COUNTY:
Deputy Clerk of the Superior Court
71 Monument Park
P.O. Box 1262
Court House, East Wing
Freehold, NJ 07728-1262
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

MORRIS COUNTY:
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Pl., P.O. Box 910
Morristown, NJ 07960-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

OCEAN COUNTY:
Deputy cf the Superior Court
Court House, Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

PASSAIC COUNTY:
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton St.
Paterson, NJ 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 345-7171

SALEM COUNTY:
8eputy Clerk of the Superior Court
92 Market St., P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(856) 935-5629
LEGAL SERVICES
(856) 845-5360

SOMERSET COUNTY:
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Fl.
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

SUSSEX CO
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

UNION COUNTY:
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

WARREN COUNTY:
Deputy Clerk of the Superior Court
Civil Division Office
Court House
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(908) 475-2010

**FRANCIS J. DeVITO, P.A.**
**250 Moonachie Road**
**Suite 305**
**Moonachie, New Jersey 07074**
**(201) 487-7575**
**I.D.#244461968**

-----------------------------------------------x

**SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION: BERGEN COUNTY**
**DOCKET NO.:**

**Francis J. DeVito, Esquire,**

**Plaintiff(s),**

**CIVIL ACTION**

**v.**

**Hartford Insurance Company of the Midwest,**

**Defendant(s),**

**COMPLAINT FOR DECLARATORY JUDGMENT**

---------------------------------------------------x

Plaintiff, Francis J. DeVito, Esquire (hereinafter "DeVito") a New Jersey Attorney, sues Defendant, Hartford Insurance Company of the Midwest, ("Defendant"), for declaratory relief and alleges as follows:

**PARTIES**

1. Plaintiff, Francis J. DeVito, Esquire is a New Jersey Attorney at Law with his principal place of business at 250 Moonachie Road, Moonachie, New Jersey 07074 ("The Property").
2. Defendant Hartford Insurance Company of the Midwest (hereinafter "Hartford") is upon information and belief, a corporation with its principal place of business at One Hartford Plaza, Hartford, Connecticut 06155.

**JURISDICTION**

3. This Court has jurisdiction over this action for declaratory relief pursuant to the laws of the State of New Jersey.

4. Defendant are authorized to do business and are doing business in New Jersey. Defendant are transacting the business of insurance in the State of New Jersey and the basis of this suit arises out of such conduct.

**VENUE**

5. In this case, Plaintiff is seeking a declaration finding that, *inter alia*, the subject insurance policy provides insurance coverage for Plaintiff relating to loss due to recent events including but not limited to, the Coronavirus (COVID-19), and/or government closures.

6. Pursuant to New Jersey law, the Court has personal jurisdiction over Defendant because it is a non-resident entity that personally or through an agent contracted to insure a person, property, or risk located within the State of New Jersey at the time of contracting, and Defendant thereby submitted to the jurisdiction of the courts of the State of New Jersey for any cause of action arising from such contracting to insure.

7. Venue is proper in this Court because the Plaintiff's business and property as issue are located within the venue of this Court in Bergen County. Plaintiff entered into the subject insurance policy in New Jersey, the subject insurance policy provides insurance to Plaintiff and its property located in New Jersey and pursuant to the policy, the insured premise is located in New Jersey.

**FACTS**

8. Defendant Hartford issued a Commercial Property Insurance Policy, being policy number 13 SBA NQ3715 SB to Plaintiff with effective dates of July 27, 2019 through July 27, 2020. A true and correct copy of the Declaration Page of the Policy is attached hereto as **Exhibit "A"**.

9. The plaintiff DeVito operates a law office at the above described location.

10. Plaintiff faithfully paid all Policy premiums to Defendant.

11. The Policy is currently in full effect, providing commercial property coverage, improvements and betterments coverage, building and personal property coverage, business income and extra expense coverage, and additional coverages.

12. The Policy provides for coverage for direct physical loss or damage to covered property at the insured premise.

13. The Policy provides coverage for direct physical loss unless the loss is excluded or limited in the Policy.

14. The Policy does **not** provide any exclusion due to losses to business or property.

15. The State of New Jersey issued an executive order declaring a State of Emergency in New Jersey on March 9, 2020. As a direct and proximate result of the foregoing and as a further result of other subsequent Executive Orders, Plaintiff will suffer a loss of business and will continue to do so for the foreseeable future.

16. Commencing on or about March 9, 2020 Plaintiff was subject to a business interruption, loss of service, as a result of the Coronavirus (COVID-19), and/or government closures.

17. As a direct and proximate result of recent events including but not limited to, the Coronavirus (COVID-19), and/or government closures, Plaintiff's business was interrupted, and business income was lost.

18. Plaintiff's interruption of its law business, and loss of business income, is continuing and will continue for the foreseeable future.

19. At all material times, there is and has been directly physical loss of or damage to covered property at the insured premise caused by or resulting from any covered cause of loss.

20. Plaintiff timely provided to Defendant notice of claim under all applicable provisions of the Policy.

21. Defendant received the Claim submitted by Plaintiff.

22. Defendant has denied Plaintiff's claims.

23. Due to the nature of Plaintiff's claim submitted to Defendant, time is of the essence. Under these circumstances, the prompt, orderly, and efficient payment of Plaintiff's Claims under the Policy are required.

24. As a direct and proximate result of recent events including but not limited to, the Coronavirus (COVID-19), and/or government closures, Plaintiff has incurred, and continue to incur, a substantial loss of business income, additional expenses, loss of use of the Property, business interruption, property damage, perishable goods, and service interruption, covered under the Policy.

25. Plaintiff seeks a declaratory judgment that the recent events including but not limited to, the Coronavirus (COVID-19), and/or government closures, have triggered coverage under the Policy because, *inter alia,* the Policy does not have an exclusion for viral pandemic.

26. Plaintiff has engaged the undersigned counsel to represent it in this action and has agreed to pay a reasonable fee for the services rendered. Plaintiff seeks its attorney's fees and costs.

27. All conditions precedent to bringing this action have been performed, waived, satisfied, or have otherwise occurred.

**COUNT I – DECLARATORY RELIEF**

28. Plaintiff realleges and reasserts the allegations contained in Paragraphs 1 through 31 as if fully set forth herein.

29. Plaintiff seeks declaratory relief under the New Jersey Declaratory Judgement Act NJSA 2A:16-50 et.seq.

30. A current dispute exists between the Plaintiff and Defendant as to whether the Policy provides coverage for Plaintiff due to recent events including but not limited to, the Coronavirus (COVID-19), and/or government closures.

31. The Policy fully and completely provides coverage for Plaintiff's Claims.

    a. Plaintiff is e interested and/or in doubt about its rights under the Policy, and seeks determination by the Court of a question of construction arising under the Policy and to obtain a declaration of Plaintiff's rights, status, or other equitable or legal relations under the Policy.

32. There is a bona fide dispute between the parties and an actual, present and practical need for a declaration as to whether the Policy provides coverage for Plaintiff's Claims.

**COUNT II-BREACH OF CONTRACT**

33. Plaintiff repeats and reasserts the allegations contained in Paragraphs 1 through 36 as if fully set forth herein.

34. By virtue of the Defendant's denial of Plaintiff's claim Defendant has unlawfully breached their contract of insurance.

35. As a result thereof Plaintiff has and will continue to suffer damages.

**CERTIFICATION PURSUANT TO RULE 4:5-1 AND 4:6-1**

I hereby certify to the best of my knowledge and belief:

1. The matter in controversy in this action is not the subject of any other pending action.

2. No other arbitration proceeding is currently contemplated.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all damage claims.

## DESIGNATION OF TRIAL COUNSEL

Francis J. DeVito, Esq. is hereby designated as trial counsel.

**WHEREFORE,** Plaintiff demands judgment against the Defendant as follows:

A. Declaring that the policy of insurance in this matter does in fact provide coverage to the Plaintiff under the circumstances of this matter;

B. For damages, both compensatory and punitive;

C. For attorney fees and costs; and

D. For such other relief as the Court deems fair and equitable.

**FRANCIS J. DeVITO, P.A.**
Attorney for Plaintiff

By: *Francis J. DeVito*
Francis J. DeVito

Dated: May 4, 2020

15
37
NQ
SBA

This Spectrum Policy consists of the Declarations, Coverage Forms, Common Policy Conditions and any other Forms and Endorsements issued to be a part of the Policy. This insurance is provided by the stock insurance company of The Hartford Insurance Group shown below.

**INSURER:** HARTFORD INSURANCE COMPANY OF THE MIDWEST
ONE HARTFORD PLAZA, HARTFORD, CT 06155
COMPANY CODE: G

THE HARTFORD

**Policy Number:** 13 SBA NQ3715 SB

## SPECTRUM POLICY DECLARATIONS

**Named Insured and Mailing Address:** (No., Street, Town, State, Zip Code)
FRANCIS J DEVITO ESQUIRE
SEE FORM SS 12 35
250 MOONACHIE RD STE 305
MOONACHIE NJ 07074

**Policy Period:** **From** 07/27/19 **To** 07/27/20 1 YEAR
12:01 a.m., Standard time at your mailing address shown above. **Exception:** 12 noon in New Hampshire.

**Name of Agent/Broker:** JOHN T COSTA AGENCY
**Code:** 658269

**Previous Policy Number:** 13 SBA NQ3715

**Named Insured is:** INDIVIDUAL

**Audit Period:** NON-AUDITABLE

**Type of Property Coverage:** SPECIAL

**Insurance Provided:** In return for the payment of the premium and subject to all of the terms of this policy, we agree with you to provide insurance as stated in this policy.

---

**TOTAL ANNUAL PREMIUM IS:** $1,476
IN RECOGNITION OF THE MULTIPLE COVERAGES INSURED WITH THE HARTFORD, YOUR POLICY PREMIUM INCLUDES AN ACCOUNT CREDIT.

NJPLGA SURCHARGE: $ 9.00

---

Countersigned by Susan L. Castaneda
Authorized Representative

06/10/19
Date

## SPECTRUM POLICY DECLARATIONS (Continued)

**POLICY NUMBER:** 13 SBA NQ3715

Location(s), Building(s), Business of Named Insured and Schedule of Coverages for Premises as designated by Number below.

**Location:** 001 **Building:** 001

250 MOONACHIE RD
MOONACHIE NJ 07074

**Description of Business:**
LAWYERS & LAW FIRMS

**Deductible:** $ 500 PER OCCURRENCE

| BUILDING AND BUSINESS PERSONAL PROPERTY | LIMITS OF INSURANCE |
|---|---|
| **BUILDING** | |
| | NO COVERAGE |
| **BUSINESS PERSONAL PROPERTY** | |
| **REPLACEMENT COST** | $ 93,500 |
| **PERSONAL PROPERTY OF OTHERS** | |
| **REPLACEMENT COST** | NO COVERAGE |
| MONEY AND SECURITIES | |
| INSIDE THE PREMISES | $ 10,000 |
| OUTSIDE THE PREMISES | $ 5,000 |

LOSS PAYEE: APPLIES

## SPECTRUM POLICY DECLARATIONS (Continued)

**POLICY NUMBER:** 13 SBA NQ3715

Location(s), Building(s), Business of Named Insured and Schedule of Coverages for Premises as designated by Number below.

**Location:** 001 **Building:** 001

| PROPERTY OPTIONAL COVERAGES APPLICABLE TO THIS LOCATION | LIMITS OF INSURANCE |
|---|---|
| SUPER STRETCH<br>FORM: SS 04 74<br>THIS FORM INCLUDES MANY ADDITIONAL COVERAGES AND EXTENSIONS OF COVERAGES. A SUMMARY OF THE COVERAGE LIMITS IS ATTACHED. | |
| LIMITED FUNGI, BACTERIA OR VIRUS COVERAGE:<br>FORM SS 40 93<br>THIS IS THE MAXIMUM AMOUNT OF INSURANCE FOR THIS COVERAGE, SUBJECT TO ALL PROPERTY LIMITS FOUND ELSEWHERE ON THIS DECLARATION. | $ 50,000 |
| INCLUDING BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FOR: | 30 DAYS |

**SPECTRUM POLICY DECLARATIONS (Continued)**

**POLICY NUMBER:** 13 SBA NQ3715

| PROPERTY OPTIONAL COVERAGES APPLICABLE TO ALL LOCATIONS | LIMITS OF INSURANCE |
|---|---|
| BUSINESS INCOME AND EXTRA EXPENSE COVERAGE | 12 MONTHS ACTUAL LOSS SUSTAINED |
| COVERAGE INCLUDES THE FOLLOWING COVERAGE EXTENSIONS: | |
| ACTION OF CIVIL AUTHORITY: | 30 DAYS |
| EXTENDED BUSINESS INCOME: | 30 CONSECUTIVE DAYS |
| EMPLOYEE DISHONESTY: FORM SS 04 42 | |
| DEDUCTIBLE: $ 100 | |
| EACH OCCURRENCE | $ 20,000 |
| EQUIPMENT BREAKDOWN COVERAGE | |
| COVERAGE FOR DIRECT PHYSICAL LOSS DUE TO: | |
| MECHANICAL BREAKDOWN, ARTIFICIALLY GENERATED CURRENT AND STEAM EXPLOSION | |
| THIS ADDITIONAL COVERAGE INCLUDES THE FOLLOWING EXTENSIONS | |
| HAZARDOUS SUBSTANCES | $ 50,000 |
| EXPEDITING EXPENSES | $ 50,000 |
| MECHANICAL BREAKDOWN COVERAGE ONLY APPLIES WHEN BUILDING OR BUSINESS PERSONAL PROPERTY IS SELECTED ON THE POLICY | |
| IDENTITY RECOVERY COVERAGE FORM SS 41 12 | $ 15,000 |

| BUSINESS LIABILITY | LIMITS OF INSURANCE |
|---|---|
| LIABILITY AND MEDICAL EXPENSES | $1,000,000 |
| MEDICAL EXPENSES - ANY ONE PERSON | $ 10,000 |
| PERSONAL AND ADVERTISING INJURY | $1,000,000 |
| DAMAGES TO PREMISES RENTED TO YOU ANY ONE PREMISES | $ 300,000 |
| AGGREGATE LIMITS | |
| PRODUCTS-COMPLETED OPERATIONS | $2,000,000 |
| GENERAL AGGREGATE | $2,000,000 |

AMENDMENT OF LIQUOR LIABILITY
EXCLUSION: FORM SS 40 34
DESCRIPTION OF ACTIVITY:
NONE

BUSINESS LIABILITY OPTIONAL
COVERAGES

 (CONTINUED ON NEXT PAGE)

## SPECTRUM POLICY DECLARATIONS (Continued)

**POLICY NUMBER:** 13 SBA NQ3715

| BUSINESS LIABILITY OPTIONAL COVERAGES (Continued) | LIMITS OF INSURANCE |
|---|---|
| HIRED/NON-OWNED AUTO LIABILITY<br>FORM: SS 01 69 | $1,000,000 |
| POLLUTION EXCLUSION - LIMITED EXCEPTION<br>FORM SS 04 83 | |

 (CONTINUED ON NEXT PAGE)

## SPECTRUM POLICY DECLARATIONS (Continued)

**POLICY NUMBER:** 13 SBA NQ3715

MORTGAGE HOLDER
SEE FORM IH 12 00

| | |
|---|---|
| LOSS PAYEE : FORM SS 12 12 | LEAF, ISAOA C/O INSURANCESERVICES CENTER PO BOX 979127 MIAMI, FL. 33197 |
| LOAN NUMBER: | 1005103971001 |
| PROPERTY: | BUSINESS PERSONAL PROPERTY TOSHIBA 4555C COPIER SYSTEM |

**Form Numbers of Forms and Endorsements that apply:**

| | | | |
|---|---|---|---|
| SS 00 01 03 14 | SS 00 05 12 06 | SS 00 07 07 05 | SS 00 08 04 05 |
| SS 00 64 09 16 | SS 84 15 09 07 | SS 12 35 03 12 | SS 01 30 04 08 |
| SS 01 69 09 09 | SS 10 39 07 05 | SS 89 93 07 16 | SS 00 60 09 15 |
| SS 00 61 09 15 | SS 04 19 07 05 | SS 04 22 07 05 | SS 04 30 07 05 |
| SS 04 39 07 05 | SS 04 41 03 18 | SS 04 42 03 17 | SS 04 44 07 05 |
| SS 04 45 07 05 | SS 04 46 09 14 | SS 04 47 04 09 | SS 04 74 09 07 |
| SS 04 78 12 17 | SS 04 80 03 00 | SS 04 83 03 00 | SS 04 86 03 00 |
| SS 40 18 07 05 | SS 40 93 07 05 | SS 41 12 12 17 | SS 41 51 10 09 |
| SS 41 63 06 11 | IH 10 01 09 86 | SS 05 47 09 15 | SS 50 19 01 15 |
| SS 50 38 10 03 | SS 51 10 03 17 | SS 51 11 03 17 | SS 12 12 03 92 |
| SS 40 34 03 00 | IH 99 40 04 09 | IH 99 41 04 09 | SS 83 76 01 15 |

IH 12 00 11 85 ADDITIONAL INSURED - LOSS PAYEE
IH 12 00 11 85 MORTGAGEE

# Civil Case Information Statement

**Case Details: BERGEN | Civil Part Docket# L-002636-20**

**Case Caption:** FRANCIS J. DEVITO, E SQUIRE VS HARTFORD INSURANC
**Case Initiation Date:** 05/04/2020
**Attorney Name:** FRANCIS J DE VITO
**Firm Name:** FRANCIS J. DE VITO, PA
**Address:** 250 MOONACHIE ROAD SUITE 305 MOONACHIE NJ 07074
**Phone:** 2014877575
**Name of Party:** PLAINTIFF : Francis J. DeVito, Esquire
**Name of Defendant's Primary Insurance Company** (if known): None

**Case Type:** OTHER INSURANCE CLAIM (INCLUDING DECLARATORY JUDGMENT ACTIONS)
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO
**Are sexual abuse claims alleged?** NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
**CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION**

**Do parties have a current, past, or recurrent relationship?** YES

**If yes, is that relationship:** Business

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
**If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
**If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO **Title 59?** NO **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

05/04/2020
Dated

/s/ FRANCIS J DE VITO
Signed