# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCIS J. DEVITO, ESQUIRE,<br><br>Plaintiff,<br>-v-<br><br>THE HARTFORD INSURANCE,<br>COMPANY OF THE MIDWEST<br><br>Defendants. | Civil Action No.<br>2:20-cv-07201-BRM-ESK<br><br>**NOTICE OF MOTION**<br><br>ORAL ARGUMENT<br>REQUESTED |

PLEASE TAKE NOTICE that on August 17, 2020 at 9:00 a.m., or as soon thereafter as counsel may be heard, defendant The Hartford Insurance Company of the Midwest, by its undersigned counsel, shall move before the Honorable Brian R. Martinotti, U.S.D.J., at the Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an order dismissing the complaint pursuant to Fed. R. Civ. P. 12(b)(6).

PLEASE TAKE FURTHER NOTICE that in support of this motion, defendant shall rely on the brief filed herewith and accompanying exhibits.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is filed herewith.

s/ James L. Brochin
James L. Brochin
STEPTOE & JOHNSON LLP

        1114 Avenue of the Americas
New York, New York 10036
Phone: (212) 378-7503
Fax: (212) 506-3950
jbrochin@steptoe.com

Sarah D. Gordon
Anna Stressenger
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, District of Columbia 20036
Phone: (202) 429-3000
Fax: (202) 429-3902
sgordon@steptoe.com
*Pro Hac Vice Forthcoming*

*Attorneys for Defendant*

Dated:  July 20, 2020

CERTIFICATION OF SERVICE

I, James L. Brochin, certify that a copy of this brief and accompanying exhibits were served electronically by CM/ECF on July 20, 2020 upon:

        Francis J. Devito
        250 Moonachie Road, Suite 305
        Moonachie, NJ 07074
        Phone: (201) 487-7575
        fdevito@fdevitolaw.com

        <u>s/ James L. Brochin</u>
        James L. Brochin