THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------x
:
**FRANCIS J. DeVITO, ESQUIRE,** :  **CIVIL ACTION**
:
    **Plaintiff,** : HON. EDWARD S. KIEL, USM
:
v. : Civil Action No.: 2:20-cv-07201-BRM-ESK
:
**HARTFORD INSURANCE COMPANY** :
**OF THE MIDWEST,** : *NOTICE OF VOLUNTARY DISMISSAL*
: *WITHOUT PREJUDICE*
    **Defendant.** :
:
---------------------------------------------------------x

    Plaintiff, Francis J. DeVito, Esq. hereby gives notice of its voluntary dismissal without prejudice of the above captioned action, pursuant to Rule 4:37-1(a) of the New Jersey Court Rules. Defendant Hartford Insurance Company of the Midwest has not filed an Answer or Motion for Summary Judgment as of this time.   In support of this notice Plaintiff relies on Rule 37-1(a).

                                       FRANCIS J. DeVITO, P.A.
                                       Attorney for Plaintiff

                                       By: _____
                                            Francis J. DeVito, Esq.

Dated: August 13, 2020

                                       SO ORDERED:

The Clerk's office is hereby directed to
administratively terminate Motion [5] Dismiss.     _____
                                                    Brian R. Martinotti, USDJ
                                                    Dated: August 13, 2020